UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NAOMI M. SPICER, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:14-cv-00587 |
| v. ) | |
| ) | Honorable Paul L. Maloney |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **JUDGMENT**

In accordance with the opinion filed this date:

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is AFFIRMED.


Dated:  September 28, 2015          /s/ Paul L. Maloney
                                    Paul L. Maloney
                                    United States District Judge